DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA ADRIAN,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF MANAGEMENT SERVICES,
DIVISION OF RETIREMENT,**
Appellee.

No. 4D21-3635

[August 11, 2022]

Appeal from the State of Florida, Department of Management Services, Division of Retirement; L.T. Case No. D17-36394-SD.

Mark J. Berkowitz of Mark J. Berkowitz, P.A., Fort Lauderdale, for appellant.

Megan S. Silver, Assistant General Counsel, Department of Management Services, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***